U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAY 19 2004

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

STATE OF LOUISIANA * PARISH OF OUACHITA * 4TH JUDICIAL DISTRICT COURT

NORTH AMERICAN LAND
DEVELOPMENT CORPORATION        FILED: April 8, 2004

VERSUS        04-1677

LOWE'S HOME CENTER, INC.        BY DEPUTY CLERK OF COURT

CV04-1097-M

### PETITION

NOW INTO COURT COMES, NORTH AMERICAN LAND DEVELOPMENT CORPORATION for the purpose of filing this suit we respectfully represent:

JUDGE JAMES
MAGISTRATE JUDGE HA

1.

Plaintiff shows that it is a Louisiana Corporation domiciled in Ouachita Parish, Louisiana, that it has authority to file the instant proceedings, and it names as defendant herein LOWE'S HOME CENTER, INC., a North Carolina Corporation who at all material times mentioned herein was authorized and actually doing business in the State of Louisiana with CT Corporation Systems of Baton Rouge, Louisiana as its designated agent for service of process.

2.

Plaintiff shows that its duly authorized representative, N. Edward Hakim negotiated with defendant's representatives herein to purchase shingles for a home owned by it some time prior to January 11, 2001.

3.

Plaintiff shows that its representative, N. Edward Hakim discussed the matter with Dale Bounds, a duly authorized employee/agent of defendant and that said representative also talked to Jay Heron and Randy Andrews and made it perfectly clear to all of them that only one color lot would be accepted so that there would not be a variation in color in the roof in question; therefore, plaintiff's representative agreement with Lowe's was for them to order 245 squares of the slate roofing and to hold back an additional thirty percent for additional squares which may be needed.

4.

Plaintiff shows that the employees/agent's of defendant were fully aware of this agreement and agreed to same.

5.

Plaintiff shows that in fact, on January 11, 2001 it purchased 245 squares of roofing material from Lowe's and on April 24, 2002 purchased an additional 86 squares of slate roofing material from



CASE ASSIGNED TO:
CV. SECT. 2

Lowe's.

6.

Plaintiff shows that when the roof was installed, there was obviously variations in color, in addition to having white splotches coming up on the roof shingles, all of which made said roof defective and unacceptable to plaintiff on its house which is approximately 35,000 to 40,000 square feet.

7.

Plaintiff shows that it has made repeated amicable demands to defendant to replace the roof and the costs associated therewith, to no avail, even though the aforementioned employees/agents have readily admitted the agreement in question, and are aware of the discoloration in the various squares of roof tiling, as well as, the defects in the roof, i.e., via the white splotches on same.

8.

Plaintiff shows that it desires that the sale between it and the defendant herein be rescinded for the rehibtory defects contained in the roof and discoloration in same, and that it be awarded Judgment against defendant, not only for the return of the purchase price, but also for all labor, costs, equipment costs, and miscellaneous material costs, e.g. copper flashing, which plaintiff has had to expend to install the roof as well as an amount equal to what it will cost plaintiff for labor to remove the shingles on said roof and to clean up the debris caused therefrom; in addition, plaintiff desires and is entitled to Judgment against defendant for damages for delay in the completing the construction of the home in question, as well as, for reasonable attorney fees and for all costs of these proceedings, and in addition thereto, for legal interest thereon from date of judicial demand until paid.

WHEREFORE plaintiff prays that the Petition be duly filed and served upon defendant, that defendant be cited to appear and answer same timely, and that after all necessary and legal delays that there be Judgment in favor of plaintiff North American Land Development Corporation and against defendant Lowe's Home Center, Inc. in an amount commensurate with plaintiff's losses set forth hereinabove including, but not limited to, the restitution of plaintiff's sale price of the material in question from defendant, the costs of labor equipment and material to install the roof tiling and associated installation material, as well as the costs for the labor to remove and clean up the removed tile; in addition, plaintiff seeks damages for the loss of the delay in completing the construction of the home in question in an amount commensurate with said loss.

PLAINTIFF PRAYS for reasonable attorney fees for the service of an attorney to file this

matter.

    PLAINTIFF FURTHER PRAYS, for general, equitable relief.

RESPECTFULLY SUBMITTED:

BY: _Joe D. Guerriero_
    JOE D. GUERRIERO (06391)

GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Post Office Box 4092
Monroe, Louisiana 71201
Telephone: (318) 325-4306
Fax: (318) 323-8406

PLEASE SERVE:

CT Corporation Systems
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809

Please mail to East Baton Rouge Parish for Service upon the defendant.

STATE OF LOUISIANA * PARISH OF OUACHITA * 4TH JUDICIAL DISTRICT COURT

NORTH AMERICAN LAND  
DEVELOPMENT CORPORATION

FILED: April 8, 2004

VERSUS 04-1677

LOWE'S HOME CENTER, INC.

BY DEPUTY CLERK OF COURT

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared N. EDWARD HAKIM, who after first being duly sworn, did depose and state that:

Affiant has read the foregoing Petition and states that it true and correct to the best of his knowledge, information and belief.

_____  
N. EDWARD HAKIM  
NORTH AMERICAN LAND DEVELOPMENT CORP.

SWORN TO AND SUBSCRIBED on this 8th day of April, 2004, at Monroe, Ouachita Parish, Louisiana.

_____  
NOTARY PUBLIC

C:\Dezzn\1JOEDdocs\NorthAmericanLand\SLoweHomeCenterPetition.wpd

A TRUE COPY  
_____  
DEPUTY CLERK  
4TH JUDICIAL DISTRICT COURT  
OUACHITA PARISH, LA.