


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN LAND DEVELOPMENT CORPORATION | * * | DOCKET NO.: 3:04 CV 1097 |
| | * | JUDGE JAMES |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE HAYES |
| | * | |
| LOWE'S HOME CENTERS, INC. | * | JURY TRIAL-CIVIL ACTION |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes defendant, Lowe's Home Centers, Inc. (hereinafter "Lowe's"), who in answer to plaintiff's Petition aver as follows:

### REMOVED ACTION

This case was removed from the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, Docket No. 04-1677, CV. Sect. 2.

### ADMISSIONS AND DENIALS

Subject to affirmative defenses submitted herein below, Lowe's, now answering separately the allegations contained in plaintiff's Petition, avers:

1.

The allegations contained in Paragraph 1 are admitted.

2.

Except to admit that plaintiff purchased a certain quantity of slate roof shingles, the allegations contained in Paragraph 2 are denied for lack of sufficient information to justify a belief therein.



3.

Except to admit that plaintiff purchased a certain quantity of slate roof shingles, the allegations contained in Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 are denied, as written.

5.

The allegations contained in Paragraph 5 are admitted.

6.

The allegations contained in Paragraph 6 are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 are denied.

8.

To the extent that the allegations of Paragraph 8 constitute a question of law, no answer is required; however, should answer be deemed necessary, those allegations and the remaining allegations are denied and Lowe's denies all liability to plaintiff.

9.

To the extent that the prayer contains any allegations which require admission or denial, same are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

10.

If it be found that plaintiff was damaged, which is denied, then said damage was caused solely or contributed by the negligent acts or omissions of plaintiff.

### SECOND AFFIRMATIVE DEFENSE

11.

If it be found that plaintiff was damaged, which is denied, then any such damages were the result of the fault, negligence, omissions and/or breach of warranty of the manufacturer of the slate shingles at issue, of contractors who performed construction work on the property at issue, or other persons for whom Lowe's is not liable or responsible.

### THIRD AFFIRMATIVE DEFENSE

12.

In the further alternative, Lowe's avers that if a redhibitory defect existed, which is denied, then said condition was open, obvious, and easily discernable, and should have been recognized by the plaintiff had plaintiff been a reasonably prudent buyer.

### FOURTH AFFIRMATIVE DEFENSE

13.

In the further alternative, Lowe's submits that plaintiff failed to mitigate damages.

## FIFTH AFFIRMATIVE DEFENSE

14.

Should the court find that the plaintiff is entitled to damages, which is denied, Lowe's pleads all other defenses and credits available under the law of redhibition, Louisiana Civil Code articles 2520, et seq., including but not limited to failure by plaintiff to give Lowe's timely notice of the existence of the alleged defect and an opportunity to repair.

## REQUEST FOR TRIAL BY JURY

15.

Defendant Lowe's demands a trial by jury on all issues.

WHEREFORE, defendant, Lowe's Home Centers, Inc., prays that this answer and defenses be deemed good and sufficient, and that after all due proceedings are had, including trial by jury, there be judgment rendered herein, in favor of defendants, Lowe's Home Centers, Inc. and against plaintiff, North American Land Development Corporation, dismissing plaintiff's Petition, with prejudice, at plaintiff's costs, and for such other general and equitable relief this court may deem just and proper.

Respectfully submitted,

TAYLOR, WELLONS, POLITZ, & DUHE, APLC

PAUL J. POLITZ (#19741)[T.A.]
B. SCOTT COWART (#21583)
7924 Wrenwood Boulevard, Suite C
Baton Rouge, LA 70809
Telephone:   225-387-9888
Facsimile:   225-387-9886

ATTORNEYS FOR LOWE'S HOME CENTERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )  Hand Delivery          (X)  Prepaid U.S. Mail
( )  Facsimile              ( )  Federal Express

Baton Rouge, Louisiana this __26__ day of May, 2004.

TAYLOR, WELLONS, POLITZ, & DUHE, APLC

#31999



# TAYLOR, WELLONS, POLITZ & DUHE, APLC
ATTORNEYS AT LAW

RECEIVED
MAY 2 2004
ROBERT H.       LL CLERK
WESTERN DIST.    OF LOUISIANA
SHREVEPORT, LOUISIANA

Reply to Baton Rouge

May 26, 2004

Clerk U.S. District Court
300 Fannin Street
Suite 1167
Shreveport, Louisiana 71101

    **RE:**   North American Land Development Corporation vs. Lowe's Home Centers, Inc.
           Docket No.: 3:04 CV 1097
           TWPD File No.:    02-254

Dear Clerk:

    Enclosed please find an original and one copy of an Answer, Affirmative Defenses and Jury Demand to be filed on behalf of defendant, Lowe's Home Centers, Inc., in the above-referenced matter. Please file the original into the record and return a certified copy to me in the self-addressed, stamped envelope provided for your convenience.

    Thank you for your assistance and cooperation in this matter.

    Should you have any questions with reference to the above request, please do not hesitate to call.

    With warmest personal regards, I am,

                       Very truly yours,

                       TAYLOR, WELLONS, POLITZ & DUHE, APLC

                       B. SCOTT COWART

BSC:chp
Enclosures

    cc:    Joe D. Guerriero (w/enclosures)

Document No 32792

1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
tel 504.525.9888
fax 504.525.9899

WWW.TWPDLAW.COM
NEW ORLEANS · BATON ROUGE

7924 Wrenwood Boulevard, Suite C
Baton Rouge, Louisiana 70809
tel 225.387.9888
fax 225.387.9886